■ ALTER STEEL WINDOW CORPORATION, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Respondent. [659 NYS2d 780] —Appeal by the plaintiff from an order of the Supreme Court, Kings County (Vaccaro, J.), dated June 6, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Vaccaro at the Supreme Court. Mangano, P. J., O'Brien, Ritter and McGinity, JJ., concur.